In the Matter of ADELAIDE S. REITZ, Appellant, against VILLAGE OF ALLEGANY, Respondent.

In the Matter of MARGARET A. ATHERTON, Appellant, against VILLAGE OF ALLEGANY, Respondent.

(Argued January 9, 1936; decided January 28, 1936.)

*Harold J. Tillou* and *George W. Davis* for appellants.
*Cornelius J. McCarthy* for respondent.

In each proceeding, order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.